# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## AMENDED ORDER

June 30, 2009

*Before*

WILLIAM J. BAUER, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No.: 08-2622 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>MARK C. HUFFSTATLER, Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 3:07-cr-30167-JPG-DGW-1<br>Southern District of Illinois<br>District Judge J. Phil Gilbert |

The following is before the court: **MOTION TO AMEND OPINION,** which the court construes as a petition for rehearing, filed on April 21, 2009, by counsel for the appellee.

**IT IS ORDERED** that this court's opinion dated April 6, 2009 is **VACATED.**

**IT IS FURTHER ORDERED** that the court's mandate that issued on April 28, 2009 is **VACATED** and **RECALLED.**

form name: **c7_Order_3J** (form ID: **177**)